UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Evan W. Gray

    v.                                      Case No. 18-cv-522-JD

Chester L. Gray, III

PROCEDURAL ORDER

Plaintiff Evan Gray moves to extend the discovery and trial deadlines in this case. Doc. 68. Defendant Chester L. Gray, III, ("Skip") objected in part, but agreed to extending the deadlines for the limited purpose of completing certain discovery that has already begun. The court held a conference with the parties[1] by telephone on December 17, 2019.

As discussed during the conference, the court orders as follows:

(1)    The completion of discovery deadline is extended to February 7, 2020. The deadline for challenges to expert testimony is continued to a date which the court will determine after the parties have agreed to a deposition date for Skip Gray's expert.

---

[1] Counsel for Scott Gray, one of the parties in the case, did not appear.

(2)   All trial deadlines, including deadlines for pretrial statements and the final pretrial conference, are continued and will be reset for a date to be determined.

(3)   During the extended discovery period, discovery is limited to the depositions of Charles Morgan, Skip Gray, Frank Saglio, representative(s) of Merrill Lynch, and Nicholas Harvey and document-based discovery already begun but not yet completed involving records from Mary Hitchcock Memorial Hospital/Dartmouth-Hitchcock Clinic.[2]

(4)   As stated during the conference, the parties shall meet and confer with the purpose of identifying and/or agreeing upon dates for the depositions.

(5)   On or before January 7, 2020, the parties shall file a joint status report informing the court of the outcome of their conference and their progress in scheduling the depositions.

(6)   The court has set a telephonic case management conference for January 9, 2020, at 1:00 p.m.  Before the court's case management conference, the parties shall refrain from filing motions related to discovery issues with the exception of motions to compel to the extent noted at the December 17

---

[2] Evan Gray and counsel for Skip Gray agreed during the conference that documents produced by Dartmouth-Hitchcock would be provided to counsel for Skip Gray by January 3, 2020.

conference. As necessary, during the January 9 case management conference, the court will take up issues relating to discovery.

(7) Evan Gray's "Partially Assented to Motion to Revise/Extend Discovery Plan Schedule" (doc. no. 68) is granted to the extent stated herein.[3]

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

December 18, 2019

cc: Evan W. Gray, pro se
    Ralph F. Holmes, Esq.

---

[3] Evan Gray's "Motion for Leave to File a Memorandum and Declaration in Reply to Defendant Executor/Trustee's 'Qualified Objection' to Plaintiff's Motion to Revise/Extend Discovery Plan Schedule" (doc. no. 73) is denied as moot, but the court has taken Evan Gray's arguments under advisement in determining the relief provided herein.