UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Evan W. Gray</u>

    v.

<u>Chester L. Gray, III</u>

Case No. 18-cv-522-JL

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Joseph A. DiClerico, Jr., dated January 15, 2019;

2. Order by District Judge Joseph A. DiClerico, Jr., dated December 9, 2019;

3. Order by District Judge Joseph N. Laplante dated July 20, 2020;

4. Order by District Judge Joseph N. Laplante dated September 10, 2021;

5. Stipulation for Dismissal with Prejudice of Counterclaim Count 1 filed by the on February 2, 2022; and

6. Order by District Judge Joseph N. Laplante dated January 4, 2023.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                <u>/s/ Daniel J. Lynch</u>
                                                Daniel J. Lynch
                                                Clerk of Court

Date: January 5, 2023

cc:   Evan W. Gray, pro se
       Counsel of Record