# United States Court of Appeals
## For the First Circuit

No. 23-1664

EVAN W. GRAY, in his capacity as Trustee of the Barbara J. Gray Trust of 1996,

Plaintiff/Counterclaim Defendant - Appellant,

v.

CHESTER L. GRAY, III, as Trustee of the Chester L. Gray, Jr. Trust of 1996 and Co-Trustee of the Barbara J. Gray Trust of 1996,

Defendant/Counterclaim Plaintiff - Appellee,

SCOTT D. GRAY, as Trustee of Barbara J. Gray Trust of 1996,

Counterclaim Defendant.

Before

Gelpí, Montecalvo and Rikelman,
Circuit Judges.

**JUDGMENT**

Entered: January 31, 2024

Plaintiff-appellant Evan W. Gray has filed an assented-to motion for voluntary dismissal of this appeal. Upon consideration, the motion is resolved as follows. This appeal is dismissed, without prejudice to Gray's pursuit of his other appeals pending in this court or issues properly encompassed by those appeals. As requested in the motion, no costs shall be assessed to either side. See Fed. R. App. P. 42(b) ("An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court."). Any request for relief from the appellate filing fee is moot in light of the foregoing.

By the Court:

Maria R. Hamilton, Clerk

cc:
Evan W. Gray
Roy S. McCandless
Timothy J. McLaughlin
Benjamin T. Siracusa Hillman
James Joseph Armillay Jr.
Kenneth D. Murphy